UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NAT LEVY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV2403MLM |
| ) | |
| DONALD J. OHL, WILLIAM J. KNAPP,) | |
| L. DAVID GREEN, and ) | |
| MERILYN HAMLETT, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

In accordance with the court's Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint is **DISMISSED**.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of March, 2006.